BEFORE THE SECOND DIVISION, JULY 22, 1940

No. 44127.—Protest 914406–G of John M. L. Gorett (New York).

Opinion by DALLINGER, J.   Following *Oppleman* v. *United States* (3 Cust. Ct. 227, C. D. 240) the protest was overruled.

No. 44128.—Protest 975627–G of Waterfront Service Co. (Boston).

Opinion by DALLINGER, J.   The appraiser's report was moved in evidence and the protest submitted.   The appraiser reported that in his opinion the tax should be 4 cents per pound rather than 3 cents as assessed.   The old brass condenser tubes in question were therefore held entitled to free entry under paragraph 1634 and the copper content therein was held subject to a tax of 4 cents per pound under section 601 (c) (7), Revenue Act of 1932.

BEFORE THE FIRST DIVISION, JULY 23, 1940

No. 44129.—Petition 5987–R of Marrash Importing Co. (New York).

Opinion by BROWN, J.   From the weight of the evidence it was found that there was no intent to deceive or defraud the Government.   The petition was therefore granted.

BEFORE THE SECOND DIVISION, JULY 23, 1940

No. 44130.—Protests 960686–G, etc., of Greenberg & Josefsberg et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.